# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Emmanuel S. T., | Civ. No. 20-1788 (NEB/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| William Barr, Chad Wolf, Peter Berg, Eric Holien, and Matt Akerson, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Emmanuel S. T. (Doc No. 1)—within 20 days of this Order's date—certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact fully stating Respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter; and

2

        d.       A substantive response to Petitioner's Motion for Temporary Restraining Order (Doc. No. 3).

3.       If Petitioner intends to file a reply to Respondents' answer, he must do so within 20 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: August 19, 2020                                     *s/ Becky R. Thorson*
                                                                   BECKY R. THORSON
                                                                   United States Magistrate Judge